UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JORGE ALBERTO REANOS AVILA
a/k/a JUAN,
                              Plaintiff,

v.                                                         **ORDER**

NEW HUDSON FAMILY RESTAURANT INC.       18 CV 11102 (VB)
d/b/a HUDSON BUFFET; DAVID KONG;
SUZHEN NI a/k/a SUSAN; JOHN DOE a/k/a
MR. WONG; ANN HSIUNG; and LINDA
KLEINHENZ,
                              Defendants.
--------------------------------------------------------------x

        The law firm Hang & Associates, PLLC, represents parties in two relevant cases currently or previously before this Court: (i) this case and (ii) <u>Hong Chuang Wang et al. v. Chloe USA Inc. et al.</u>, No. 19 Civ. 281 (JCM) (S.D.N.Y.). In <u>Hong Chuang Wang</u>, the Court scheduled a conference for June 25, 2019; neither counsel appeared, including Hang & Associates, without excuse or explanation. Attorney Jiajing Fan, Esq., from Hang & Associates, submitted a letter stating she had mistakenly marked the initial conference date. At the subsequently rescheduled conference, an attorney from Hang & Associates stated there had been a calendar error arising from a previous attorney's departure from the firm.

        In this case, on May 14, 2019, the Court scheduled an initial conference for today. (Doc. #28). Hang & Associates, which represents defendants in this case, failed to appear in person for the conference. The Court nevertheless permitted Ge Qu, an attorney for that firm, to appear by telephone. Mr. Qu gave the same excuse as the attorney in <u>Hong Chuang Wang</u>: there had been a calendar error from a previous attorney's departure from the firm.

        Accordingly, it is HEREBY ORDERED, the Court will not impose sanctions at this time. However, the Court **will** impose sanctions for future Hang & Associates attorneys' violations of

1

their professional obligations, including, but not limited to, ordering Hang & Associates to pay costs and attorney's fees for opposing counsel's appearances at any conferences at which Hang & Associates fails to appear without excuse or explanation.

Dated: July 10, 2019
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge