# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                    Telephone: (212) 317-1200
New York, New York 10165                                           Facsimile: (212) 317-1620
————

jandrophy@faillacelaw.com

October 11, 2019

**BY ECF**

The Honorable Vincent L. Briccetti, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

       **Re:**    Reanos Avila v. New Hudson Family Restaurant Inc. et al
             7:18-cv-11102-VB

Dear Judge Bricceti:

I am counsel to Plaintiff in the above-referenced matter, and I write jointly with Defendants' attorney to provide a status report concerning settlement per the Court's order. We apologize for the delay in submitting this letter. The parties have unfortunately not made progress towards settlement.

                    Respectfully Submitted,

                    /s/ Joshua S. Androphy
                    Joshua S. Androphy, Esq.
                    MICHAEL FAILLACE & ASSOCIATES, P.C.
                    *Attorneys for Plaintiffs*

cc:    Jian Hang, Esq. (by ECF)
       Ge Qu, Esq. (by ECF)
       *Attorney for Defendants*