UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JORGE ALBERTO REANOS AVILA
a/k/a JUAN,
                    Plaintiff,

v.

NEW HUDSON FAMILY RESTAURANT INC.
d/b/a HUDSON BUFFET; DAVID KONG;
SUZHEN NI a/k/a SUSAN; JOHN DOE a/k/a
MR. WONG; ANN HSIUNG; and LINDA
KLEINHENZ,
                    Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 11102 (VB)

As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED that all counsel shall appear for a status conference on October 2, 2020, at 10:00 a.m. Counsel shall attend by calling the following number and entering the access code when requested:

Number: (888) 363-4749 (toll-free) or (215) 446-3662

Access Code: 1703567

Dated: August 27, 2020
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge