LIU & SHIELDS LLP
41-60 Main Street, Suite 208A
Flushing, New York 11355
Tel: 631-474-1776
Fax: 718-463-2883
shieldscj524@gmail.com

September 29, 2020

BY ECF—2 Pages

Hon. Paul E. Davison, Magistrate Judge
United States District Court, S.D.N.Y.
The Hon. Charles L. Brieant Jr.
 Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

     Re:    *Avila v. New Hudson Family Restaurant Inc. and Suzhen Ni*
            Case Number 7:18-cv-11102-VB
            Joint request for a 30-day extension of time to submit settlement documents
            Original deadline:  October 3, 2020
            Number of previous requests:  None
            No other deadlines will be affected.
            Plaintiff's counsel consents.

Your Honor:

     I represent the remaining defendants in this action, New Hudson Family Restaurant Inc. and Suzhen Ni and write with the consent of plaintiff's attorney to jointly request an extension of 30 days from October 3, 2020, to November 2, 2020, to submit signed settlement documents and the *Cheeks* submission.

     The settlement agreement has been prepared and circulated and several minor revisions are being made, none of them jeopardizing the settlement.  The *Cheeks* submission and a confession of judgment are being prepared and will soon be circulated.  Additional time is required for me, with the help of a translator, to explain the new details of the settlement documents to my client.

     I am writing in place of plaintiff's attorney, who is participating in multiple mediations this week.

Hon. Paul E. Davison, Magistrate Judge
September 29, 2020
Page 2

      Thank you.

                                        Respectfully submitted,

                                        *s/ Carolyn Shields*

                                        Carolyn Shields
                                        Attorney for Defendants

cc by ECF to:

Ms. Clela Errington, Attorney at Law
Attorney for Plaintiff