UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Avila,

                          **Plaintiff,**

- *against* -

New Hudson Family Restaurant Inc., et al.,

                         **Defendants.**

18 Civ. 11102 (PED)

ORDER APPROVING SETTLEMENT

**PAUL E. DAVISON, U. S. M. J.:**

By joint letter dated January 22, 2021, the parties seek approval, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), of their settlement of plaintiff's Fair Labor Standards Act ("FLSA") claims. [Dkt. 75.]

The written settlement agreement [Dkt. 75-1] is consistent with the terms worked out during a court-conducted settlement conference on September 3, 2020. The Court is satisfied that the settlement agreement is fair and reasonable.

Accordingly, the settlement agreement is **APPROVED**. This case is **DISMISSED WITH PREJUDICE.**

Dated: February 3, 2021
       White Plains, New York

SO ORDERED

Paul E. Davison, U.S.M.J.